AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of __NEVADA__

| | | |
|---|---|---|
| United States of America<br>v.<br><br>JESUS LOPEZ-PEREZ<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 2:12-mj-875-RJJ |

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 28 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
_____ DEPUTY

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 01/15/13 at 10:00 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: __Dec 28, 2012__

*Judge's Signature*

ROBERT J. JOHNSTON, U.S. Magistrate Judge

*Printed name and title*